## Ex parte LOUIS BAKER.

No. A-4892.  Opinion Filed Dec. 24, 1923.

(220 Pac. 1117.)

Petition of Louis Baker for writ of habeas corpus. Cause dismissed.

Hall & Pickens and G. Arthur Holloway, for petitioner.

The Attorney General, for respondent.

PER CURIAM.  This is a petition for writ of habeas corpus of Louis Baker to be admitted to bail pending an appeal from a judgment of the county court of Hughes county. A rule to show cause issued and before the cause was submitted counsel of record in open court moved to dismiss the same.

It is therefore ordered that said cause be and is hereby dismissed.